*MADE JS-6*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE V EATERTAINMENT, S.A., organized under the Laws of France,<br><br>      Plaintiff,<br><br>      v.<br><br>EHRET OTTO, an individual; BUDDA BAR COLLECTIVE, INC., a California corporation; and does 1 through 10, inclusive,<br><br>      Defendants. | **CASE NO.: CV 10-4743-GW(AJWx)**<br><br>**Honorable George H. Wu , Judge Presiding**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(B)(2) AND PERMANENT INJUNCTION**<br><br>**Hearing Date:  October 31, 2011**<br>**Time:  8:30 a.m.** |

Upon consideration of Plaintiff George V. Eatertainment's ("Plaintiff") motion for default judgment and permanent injunction in the above-captioned action against the defendants Ehrut Otto and Budda Bar Collective, Inc. ("Defendants"),having reviewed the complaint, moving papers, and declarations and supporting exhibits submitted by the Plaintiff, and for good cause shown, the Court rules as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' Motion for Default Judgment and Permanent Injunction is hereby GRANTED as follows:

1. Pursuant to Section 1116(a) of Title 15 of the U.S. Code, 15 U.S.C. § 1116(a), Defendants are permanently enjoined and restrained, along with their respective partners, associates, agents, servants, employees, representatives and assigns, and all others under their control or in active concert or participation with them, from:

    a.    Manufacturing, distributing, marketing, or selling any unauthorized products and goods, or using, applying, registering, or prosecuting any trademarks in the United States, under the name "BUDDA BAR COLLECTIVE," "BUDDHA BAR COLLECTIVE," "BUDDA BAR," "BUDDHA-BAR," or "BUDDHA BAR," or any marks, words, names, designs and/or symbols that are identical or confusingly similar to, or are counterfeits of, Plaintiff's common law and federally registered trademarks with the United States Patent and Trademark Office ("USPTO") which include, but are not limited to: (a) BUDDHA-BAR word mark, United States Registration No. 2439577, in Class 42 for restaurant and nightclub services;  (b) BUDDHA-BAR word mark, United States Registration No. 2978750 in Class 5 for nutritional food bar use.

    b.    Using the names "BUDDA BAR COLLECTIVE," "BUDDHA BAR COLLECTIVE," "BUDDA BAR,"  "BUDDHA-BAR," or "BUDDHA BAR," or

any marks, words, names, designs and/or symbols that are identical, confusingly similar, reproductions, counterfeits, copies, or colorable imitations of Plaintiff's Marks, in association with their medicinal marijuana shop located at 440 ½ N. La Cienega, Los Angeles, California, on the website http://www.buddhabarcollective.com, the Facebook page at http://www.facebook.com/pages/Los-Angeles-CA/Buddha-Bar-Collective/199418076095,  Twitter page at http://www.twitter.com/buddhabarla, or in association with any other business or websites.

      c.    Representing by any method, directly or indirectly, that any products, goods, or actions of Defendants, or Defendants themselves, are sponsored, endorsed, or authorized by, or affiliated with, Plaintiff; and otherwise taking any action of engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead or deceive purchasers, customers, and/or members of the public to believe that any actions of Defendants, any products sold by Defendants, and/or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, and/or are affiliated with Plaintiff.

      d.    Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs.

    2.    Defendants pay to Plaintiff costs in the amount of $631.16 pursuant to 17 U.S.C. § 1117 (a)(3).

    3.    Defendants pay to Plaintiff attorneys' fees in the amount of $6,709.75, pursuant to 17 U.S.C. § 1117 (a)(3) pursuant to the exception circumstances as documented in the accompanying affidavit of Joseph A. Lopez, Esq.

IT IS SO ORDERED.

Dated: November 1, 2011

_____
HON GEORGE H. WU
United States District Judge